# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

TYLER JOSEPH BAREFIELD                                    PETITIONER

v.                              No. 4:25-cv-664-DPM

DEXTER PAYNE, Director, Arkansas
Division of Correction                                    RESPONDENT

## JUDGMENT

Barefield's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 July 2026